FRANCES ELLIS GRAHAM, Respondent, v. MICHAEL RICHMAN and Others, Defendants, Impleaded with BROADWAY-40TH STREET CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The discovery and inspection to commence within five days after service of order upon the attorney for the defendants, appellants, and to continue from time to time thereafter until completed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNIE O'KEEFE and Others, Appellants, v. GERTRUDE CORLESS, Respondent, and SINALOA EXPLORATION AND DEVELOPMENT COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEONARD STRAUS, Respondent, v. MAURICE RAPOPORT and Others, Copartners, etc., Defendants, Impleaded with MAURICE RAPOPORT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE BERGER v. MAX ROSENSTOCK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE WEIL and Another v. EDMOND WEIL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LENA NICHITTA v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before February 29, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY E. KIERNAN v. SAVERE LE ROY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEE A. SMITH v. REGINALD FRANCIS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA WOLLKIND v. ABRAHAM WOLLKIND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JOSEPH FRIEL, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be served and filed within ten days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRI W. BENDEL v. LOUIS HAMMER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LORDI CONSTRUCTION CO., INC., v. GEORGE F. ARMSTRONG and Others, Impleaded with TWO EAST EIGHTY-SIXTH STREET, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.